## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     : Chapter 13
       Rigney, Jr., Oliver T.

       Debtor(s)                  : 16-14371 jkf

## ORDER DIRECTING EMPLOYER* TO MAKE WAGE
## DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Temple University**
**Attention: Pay roll**
**TASB Bldg, 4th Floor**
**2450 W. Hunting Park Ave**
**Philadelphia, PA 19129**

Re:   **Rigney, Jr., Oliver T.**
SSN:  xxx-xx-9565

       The future earnings of the above named debtor Rigney, Jr., Oliver T., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

       **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$250.00 for 36 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

       The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

       **$250.00 for 36 months**
       William C. Miller, Trustee
       P.O. Box 1799
       Memphis, TN  38101-1799

**Date: September 6,**

Temple University/ Pay roll
TASB Bldg, 4th Floor
2450 W. Hunting Park Ave
Philadelphia, PA 19129

Rigney, Jr., Oliver T.

30 Springton Road
Upper Darby, PA 19082

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123