**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        : Chapter 13

**Rigney, Jr., Oliver T.**

      **Debtor**

                            :        16-14371 jkf

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

     I certify that on <u>January 24, 2017</u> , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>January 24, 2017</u>

                                 _"/s/"Mitchell J. Prince
                                 John L. McClain, Esquire
                                 Mitchell J. Prince, Esquire
                                 Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072