United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14371-elf
Oliver T. Rigney, Jr.                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db         +Oliver T. Rigney, Jr.,    30 Springton Road,    Upper Darby, PA 19082-4823
cr         +Bank Of America, N.A., et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
             20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr         +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13746303   #+Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
13827239    +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
             Anaheim, CA 92806-5948
13746304    +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
13746305    +Credit Solutions Corp,    5454 Ruffin Rd Suite 200,    San Diego, CA 92123-1313
13746306    +Delaware County Domestic Relations,    Patricia Brigh,    2400 Oakdale St,
             Phila., PA 19132-3629
13823059     Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
             Carol Stream, IL  60197-5008
13746308    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13746309    +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13779879    +Philadelphia Municipal Court, Traffic Court,    800 Spring Garden Street,
             Philadelphia, Pa   19123,    Honorable Gary S. Glazer 19123-2690
13746311    +Philadelphia Traffic Court,    800 Spring Garden Street,    P.O. Box 56301,
             Philadelphia, PA 19130-6301
13759393    +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13746313    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
13746314    +Rosemarie Straughter,    30 Springton Rd,    Upper Darby, PA 19082-4823
13748384    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
13746315    +Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:49     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:20
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:45:14
             PRA  Receivables Management LLC,    POB  41067,    Norfolk, VA 23541-1067
13825419    +E-mail/Text: g20956@att.com Dec 07 2017 01:36:03     AT&T Mobility II LLC,
             %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
13746307    +E-mail/Text: bknotice@erccollections.com Dec 07 2017 01:35:35     ERC/Enhanced Recovery Corp,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13990359     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:45:14
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13746312    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 01:44:52
             Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13746310*   +Oliver T. Rigney, Jr.,    30 Springton Road,    Upper Darby, PA 19082-4823
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2                   Date Rcvd: Dec 06, 2017
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Oliver T. Rigney, Jr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Oliver T. Rigney, Jr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OLIVER T. RIGNEY, JR.                               Chapter 13

                    Debtor            Bankruptcy No. 16-14371-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 6, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
OLIVER T. RIGNEY, JR.

30 SPRINGTON ROAD

UPPER DARBY, PA 19082-